# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| DELAWARE COUNTY DEMOCRATIC COMMITTEE AND DAVID LANDAU AND JOHN DOE AND JANE DOE, | : No. 160 MM 2016<br>:<br>:<br>: |
| Petitioners | :<br>:<br>:<br>: |
| v. | :<br>:<br>:<br>: |
| DELAWARE COUNTY VOTER REGISTRATION COMMISSION AND DELAWARE COUNTY BUREAU OF ELECTIONS, | :<br>:<br>:<br>:<br>: |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW,** this 7th day of November, 2016, Petitioners' Application for Leave to File Original Process is **GRANTED**; Petitioner's Emergency Application for Relief under and Pursuant to 42 Pa.C.S.A. § 726 and Pursuant to the Court's King's Bench Powers to Issue a Writ of Mandamus is **DENIED**.